UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>TYRONE J. PATIN,<br><br>                Defendant. | CASE NO. 06-526 M<br><br>DETENTION ORDER |

Offenses charged:

    Count 1 - Possession of Cocaine Base with Intent to Distribute (50+ grams)

    Count 2 - (same charge, on different date)

Date of Detention Hearing: 12/05/06

    The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) All available evidence indicates that defendant is a street dealer of large quantities of various drugs, especially crack cocaine. He therefore poses a significant danger to other persons and the community.

(2) He was found to be in possession of large quantities of cash, which is consistent with his alleged role as a drug dealer and inconsistent with the fact that he is on disability and has no legitimate employment and is on food stamps.

(3) The search of his residence also produced large quantities of various drugs, two firearms, ammunition, four electronic scales, four cell phones, and other materials.

(4) He was arrested on many occasions while he resided in Louisiana. There is no known disposition as to most of those charges. There are, however, two Louisiana warrants pending for his arrest.

(5) Given the quantities of drugs covered by the charges, and his possession of two firearms, defendant faces a very substantial sentence in this case, including a mandatory minimum of ten years. While his pending state court charges relate to the same incidents, the potential state court penalties are far lower. His appearances to date in state court therefore give no reasonable assurance he would appear as required in this court.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

DETENTION ORDER - 2
18 U.S.C. § 3142(i)

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 6th day of December, 2006.

                                                  /s/John L. Weinberg
                                                JOHN L. WEINBERG
                                                United States Magistrate Judge

DETENTION ORDER - 3
18 U.S.C. § 3142(i)