UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR07-009-JLR |
| Plaintiff, | ) | |
| v. | ) | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| TYRONE JUSTIN PATIN, | ) | |
| Defendant. | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on December 4, 2009. The United States was represented by AUSA Michael Dion for Andrew Colasurdo and the defendant by Nancy Tenney. The proceedings were digitally recorded.

Defendant had been sentenced on or about November 5, 2007 by the Honorable James L. Robart on a charge of Possession of Cocaine with Intent to Distribute, and sentenced to 36 months custody, 3 years supervised release. (Dkt. 56 )

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in substance abuse testing and treatment, abstain from alcohol, submit to search, and provide his probation officer with access to financial information

as requested. On September 11, 2009, the conditions of supervision were modified to require successful participation in a residential reentry center for up to 120 days. (Dkt. 57.)

In an application dated December 3, 2009 (Dkt. 58), U.S. Probation Officer Jennifer J. Tien alleged the following violation of the conditions of supervised release:

1. Failing to comply with the rules and regulations of the residential reentry center, on or before December 2, 2009, in violation of the special condition that the defendant abide by all the rules and regulations of the RRC for a period of up to 120 days.

Defendant was advised in full as to the charge and as to his constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether it occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Robart.

Pending a final determination by the Court, defendant has been detained.

DATED this 7th day of December, 2009.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable James L. Robart
AUSA: Michael Dion, Andrew Colasurdo
Defendant's attorney: Nancy Tenney
Probation officer: Jennifer J. Tien